JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY HOPKINS, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>J.P MORGAN CHASE BANK, N.A., a Delaware Corporation and DOE DEFENDANTS 1-10<br><br>Defendants. | CASE NO.: 8:25-cv-02603-JVS-JDE<br><br>Assigned For All Purposes To:<br>Hon. James V. Selna<br><br>**ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE [10]**<br><br><br>**TRIAL DATE:**   None set<br>**ACTION FILED:**   Oct. 16, 2025<br>**REMOVED:**    Nov. 19, 2023 |

1

**ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The Court, having read and considered the stipulation by and between plaintiff Timothy Hopkins ("Plaintiff") and defendant JPMorgan Chase Bank, N.A. (erroneously sued as "J.P Morgan Chase Bank, N.A., a Delaware Corporation") ("Chase") and good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Stipulation is APPROVED.

2. Plaintiff's complaint is DISMISSED WITH PREJUDICE with each party bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Date: January 12, 2026

_____
HON. JAMES V. SELNA
United States District Judge